FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 30 PM 12: 09

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'07 MJ 2562**

The person charged as __FAULKNER, Michael__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Texas__ on __08/06/07__ with: **Title 18 USC 3583** in violation of:

**SUPERVISED RELEASE VIOLATION**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __10/30/07__

_Gerald Davis_
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

_[signature]_
Assistant United States Attorney

# United States District Court

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

**MICHAEL FAULKNER**

**WARRANT FOR ARREST**

CASE NUMBER: **EP-07-CR-1623KC(1)**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**MICHAEL FAULKNER**__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [X] Supervised Release Violation Petition
charging him or her with (brief description of offense)

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title __18__ United States Code, Section(s) __3583__

William G. Putnicki
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ **NO BOND**

Clerk, U.S. District Court
Title of Issuing Officer

August 6, 2007, El Paso, TX
Date and Location

by **Kathleen Cardone, U.S. District Judge**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

⁂PROB 12C( 7/93)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TEXAS



## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michael Faulkner  **Case Number:** EP-07-CR-1623-KC
**Name of Sentencing Judicial Officer:** Martha Vazquez; U.S. District Judge
**Date of Original Sentence:** July 29, 2003
**Original Offense:** Conspiracy to violate 21 U.S.C. Sec. 841(b)(1)(B).
**Original Sentence:** Sixty (60) months custody followed by four (4) years supervised release.
**Type of Supervision:** Supervised Release **Date Supervision Commenced:** April 13, 2007
**Assistant U.S. Attorney:** George Leal        **Defense Attorney:** Barbara Mandel

---

## PRIOR COURT ACTION

The case was originally sentenced in the District of New Mexico in Docket No. 2:02CR00942-003MV. Jurisdiction of this case was accepted by the Western District of Texas on July 18, 2007 and reassigned to the docket of the Honorable Kathleen Cardone on July 23, 2007 in Docket No. EP-07-CR-1623-KC.

## PETITIONING THE COURT

[X]    To issue a warrant

[ ]    To issue a summons

The probation officer believes that the offender has violated the following conditions of supervised release:

**Violation Number 1:** The Defendant shall refrain from any use of a controlled substance.

**Violation Number 2:** The Defendant must participate in and successfully complete a substance abuse treatment program which may include drug testing, outpatient counseling, or residential placement. The Defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the Probation Officer.

   **Nature of Noncompliance:** On June 26, 28, and 29, 2007, Faulkner submitted urine samples that tested positive for cocaine. On July 3, 2007, Faulkner signed

Michael Faulkner
Dkt. No.: EP-07-CR-1623-KC
Petition for Warrant or Summons for
Offender Under Supervision
Page 2

> admission forms admitting to using cocaine only on June 26, 2007. He requested additional substance abuse assistance and on July 4, 2007 was admitted to Avalon's residential substance abuse program located at 3320 FM 973 South, Del Valle, Texas. On July 17, 2007, Faulkner absconded from the facility and was unsuccessfully discharge. On July 20, 2007, Faulkner, contacted Sr. USPO Della Hernandez from the Austin, Texas office and admitted to using marijuana on July 17, 2007. Sr. USPO Hernandez instructed offender to report to USPO Resendez on July 23, 2007, which Faulkner failed to report as directed.

**Violation Number 3:** The Defendant shall notify the probation officer ten days prior to any change in residence or employment.

> **Nature of Noncompliance:** On July 17, 2007, Faulkner absconded from Avalon Inpatient treatment facility located at 3320 FM 973 South, Del Valle, TX. On July 20, 2007, United States Probation Officer, Manuel Resendez, Jr. made telephonic contact with Faulkner and instructed him to report on July 23, 2007. Faulkner failed to report or contact this officer of his whereabouts. As of this writing, Faulkner's whereabouts are unknown.

U.S. Probation Officer Recommendation:

[ ] The term of supervision should be

    [x] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] The conditions of supervision should be modified as follows:

Approved by,

Frank Sifuentes
Supervising U.S. Probation Officer
915-585-5551

Respectfully submitted,

Manuel Resendez, Jr.
U.S. Probation Officer
915-585-6566

July 25, 2007

Michael Faulkner
Dkt. No.: EP-07-CR-1623-KC
Petition for Warrant or Summons for
Offender Under Supervision
Page 2

admission forms admitting to using cocaine only on June 26, 2007. He requested additional substance abuse assistance and on July 4, 2007 was admitted to Avalon's residential substance abuse program located at 3320 FM 973 South, Del Valle, Texas. On July 17, 2007, Faulkner absconded from the facility and was unsuccessfully discharge. On July 20, 2007, Faulkner, contacted Sr. USPO Delia Hernandez from the Austin, Texas office and admitted to using marijuana on July 17, 2007. Sr. USPO Hernandez instructed offender to report to USPO Resendez on July 23, 2007, which Faulkner failed to report as directed.

**Violation Number 3:** The Defendant shall notify the probation officer ten days prior to any change in residence or employment.

**Nature of Noncompliance:** On July 17, 2007, Faulkner absconded from Avalon Inpatient treatment facility located at 3320 FM 973 South, Del Valle, TX. On July 20, 2007, United States Probation Officer, Manuel Resendez, Jr. made telephonic contact with Faulkner and instructed him to report on July 23, 2007. Faulkner failed to report or contact this officer of his whereabouts. As of this writing, Faulkner's whereabouts are unknown.

U.S. Probation Officer Recommendation:

[ ]  The term of supervision should be

    [x]  revoked.

    [ ]  extended for _____ years, for a total term of _____ years.

    [ ]  The conditions of supervision should be modified as follows:

Approved by,                                    Respectfully submitted,

*[signature]*                                   *[signature]*

Frank Sifuentes                                 Manuel Resendez, Jr.
Supervising U.S. Probation Officer              U.S. Probation Officer
915-585-5551                                    915-585-6566

July 25, 2007

Michael Faulkner
Dkt. No.: EP-07-CR-1623-KC
Petition for Warrant or Summons for
Offender Under Supervision
Page 3

---

THE COURT ORDERS:

[ ] No action.

[✓] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

*Kathleen Cardone*
Kathleen Cardone
United States District Judge

8/1/07
Date

United States Marshals Service
LIMITED OFFICIAL USE
FAULKNER, MICHAEL RAY (FID 641928)




Photograph for Client 077    Page 1 of 1

**PACTS Photograph**
Client: Faulkner, Michael Ray (077984)



Image at pre-defined width

https://pactsapp5.gtwy.dcn/txw/prod/pactsecm/FrontController?http_action_String=Client&...   8/3/2007

EL PASO COUNTY SHERIFF'S OFFICE



Photo Date : 07/01/2007    Photo Time : 10:43am
SO# : 9332026              PID : 1324288

Name : FAULKNER, MICHAEL          DOB : 01/01/1980

Sex : M         Hgt : 600     Hair: BLN
Race : W        Wgt : 170     Eyes: BLU
Eth : N

Build: MED (MEDIUM)
Compl: LGT (LIGHT)

SMT : TATTOO ON SHOULDER, RIGHT; TATTOO ON SHOULDER,
      LEFT; TATTOO ON HAND, RIGHT; TATTOO ON HAND, LEFT;
      TATTOO ON FOREARM, RIGHT; TATTOO ON FOREARM, LEFT;
      TATTOO ON CHEST; TATTOO ON BACK; TATTOO ON ABDOMEN