1  **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6  Attorneys for Mr. Faulkner

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LOUISA A. PORTER)**

11  UNITED STATES OF AMERICA,           ) Case No.  07MJ2562
                                         )
12         Plaintiff,                    )
                                         )
13  v.                                   ) **NOTICE OF APPEARANCE**
                                         )
14  **MICHAEL RAY FAULKNER, JR.**,       )
                                         )
15                                       )
           Defendant.                    )
16  _____      )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California,

18  Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead

19  counsel in the above-captioned case.

20                                   Respectfully submitted,

21

22  Dated: November 5, 2007         /s/  *Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
23                                  Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org
24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 5, 2007            */s/ Robert R. Henssler, Jr.*
                                    **ROBERT R. HENSSLER, JR.**
                                    Federal Defenders of San Diego, Inc.
                                    Robert_Henssler@fd.org

2