## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   MICHAEL FAULKNER                           No.   07MJ2562-POR

HON.   LOUISA S. PORTER                Tape No.   POR07-1:3:58-4:02 (4min)

Asst. U.S. Attorney   MARK CONOVER        PTSO   LUIS MARTINEZ

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Robert Henssler, FD | X Apt | ___ Ret | for | FAULKNER | (1) | (C) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:       ___ In Chambers     X In Court     ___ By Telephone

- DEFENDANT WAIVES ID/REMOVAL HRG.
- WAIVER OF ID/REMOVAL HRG. FILED.
- DEFENDANT WAIVES DETENTION HRG IN THE SOUTHERN DISTRICT OF CA PENDING
  A DETENTION HRG IN THE WESTERN DISTRICT OF TEXAS.
- DEFENDANT ORDERED REMOVED TO THE WESTERN DISTRICT OF TEXAS
  FORTHWITH.
- WARRANT OF REMOVAL ISSUED TO USM.
- REMOVAL/ID HRG. SCHEDULED FOR 11/13/07 AT 2:00PM IS VACATED.

Date   11/02/2007                                    _____
                                                      Deputy's Initials