RECEIVED
NOV 1 4 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY fm
DEPUTY CLERK

FILED
2007 NOV 20 AM 11:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

November 5, 2007

Clerk, U.S. District Court
Western District of Texas
United States District Court
219 United States Courthouse
511 East San Antonio Avenue
El Paso, TX 79901

Re: 07MJ2562-POR, USA v Faulkner

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __L ODIERNO__
L Odierno, Deputy Clerk